DICKINSON, Presiding Justice,
concurring in part and in result:
¶ 30. I agree with Justice Kitchens’s conclusion that the admission of evidence regarding Jones’s past drug abuse exceeded that which was necessary for the State to tell a complete story. But I do not share Justice Kitchens’s view that the admission of this evidence was so prejudicial as to require reversal. I find the error harmless beyond a reasonable doubt,[1] so I join Justice Coleman in result.

. Smith v. State, 136 So.3d 424, 435 (Miss. 2014) (citing Young v. State, 99 So.3d 159, 165 (Miss.2012)) ("Errors in the admission of evidence are subject to a harmless-error analysis”).